United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-22160-BB
Alim Gricelda Vasquez                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: wkaaumoan          Page 1 of 2          Date Rcvd: Oct 17, 2018
                             Form ID: 309A             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
```
db            +Alim Gricelda Vasquez,   4640 Arden Way Apt 32,   El Monte, CA 91731-1275
39143786      +12 Six Flags HH Los Angeles,   26101 Magic Mountain Pkwy,,   Valencia, CA 91355-1052
39143794      +Capella University Inc.,   62762 Collections Center Drive,   Chicago, IL 60693-0001
39143797       Citi Bank,   P.O. Box 78019,   Phoenix, AZ 85062-8019
39143804      +Golds Gym International,   125 E. John Carpenter FWY,   Ste. 1300,   Irving, TX 75062-2366
39143806      +LA Department of Water and Power,   111 N Hope St,   Los Angeles, CA 90012-2607
39143810      +Midwest Recovery Systems,   514 Earth City PZ 100,   Earth City, MO 63045-1303
39143811      +National Recovery Operations,   PO Box 26055,   Minneapolis, MN 55426-0055
39143814      +Profession Bureau of Collections,   5295 DTC Parkway,   Englewood, CO 80111-2752
39143816      +Swift Fnds,   927 Deep Valley Dr. Ste. 195,   Palos Verdes Peninsula, CA 90274-3869
39143825       Western Dental Services, Inc,   P.O. Box 14228,   Orange, CA 92863-1228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: info@wajdalawgroup.com Oct 18 2018 03:28:39      Nicholas M Wajda,
                Wajda Law Group APC,   11400 W Olympic Blvd Ste 200,   Los Angeles, CA  90064
tr            +E-mail/Text: ewolkowitz@iq7technology.com Oct 18 2018 03:30:12      Edward M Wolkowitz (TR),
                Levene Neale Bender Yoo & Brill LLP,   800 South Figueroa Street, Suite 1260,
                Los Angeles, CA 90017-2581
smg            EDI: EDD.COM Oct 18 2018 07:08:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Oct 18 2018 07:08:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                P.O. Box 2952,   Sacramento, CA  95812-2952
smg            E-mail/Text: finance.bankruptcy@lacity.org Oct 18 2018 03:28:51      Los Angeles City Clerk,
                P.O. Box 53200,   Los Angeles, CA  90053-0200
39143789       EDI: HNDA.COM Oct 18 2018 07:08:00      American Honda Financial Corp,   6261 Katella Ave Ste 1A,
                Cypress, CA 90630
39143790      +EDI: ATTWIREBK.COM Oct 18 2018 07:08:00      AT&T,   c/o Business Bankruptcy,   PO Box 769,
                Arlington, TX 76004-0769
39143787      +E-mail/Text: seinhorn@ars-llc.biz Oct 18 2018 03:30:05      Ability Recovery Services,
                P.O. Box 4031,   Wyoming, PA 18644-0031
39143788      +EDI: BECKLEE.COM Oct 18 2018 07:08:00      American Express,   Attn: General Bankruptcy Dept.,
                16 General Warren Blvd.,   Malvern, PA 19355-1245
39143791       EDI: BANKAMER.COM Oct 18 2018 07:08:00      Bank of America,   P.O. Box 15019,
                Wilmington, DE 19886-5019
39143792       EDI: TSYS2.COM Oct 18 2018 07:08:00      Barclays Bank Delaware,   125 S West Dt,
                Wilmington, DE 19801
39143793      +E-mail/Text: bankruptcy@cavps.com Oct 18 2018 03:29:46      Calvary Portfolio Service,
                500 Summit Lke Dr Ste. 400,   Valhalla, NY 10595-2322
39143795      +EDI: CAPITALONE.COM Oct 18 2018 07:08:00      Capital One,   PO BOX 71083,
                Charlotte, NC 28272-1083
39143796      +EDI: CHASE.COM Oct 18 2018 07:08:00      Chase Card,   PO BOX 15298,   Wilmington, DE 19850-5298
39143798      +EDI: WFNNB.COM Oct 18 2018 07:08:00      Comenity - Zales,   PO Box 182120,
                Columbus, OH 43218-2120
39143799      +EDI: WFNNB.COM Oct 18 2018 07:08:00      Comenity Bank - Victoria Secrets,   P.O. Box 182789,
                Columbus, OH 43218-2789
39143800      +EDI: WFNNB.COM Oct 18 2018 07:08:00      Comenity Bank - WayFair,   PO Box 182789,
                Columbus, OH 43218-2789
39143801      +EDI: WFNNB.COM Oct 18 2018 07:08:00      Commenity Bank,   P.O. Box 182789,
                Columbus, OH 43218-2789
39143802      +E-mail/Text: electronicbkydocs@nelnet.net Oct 18 2018 03:29:34      Dept of Education / NelNet,
                3015 Parker Rd. #400,   Aurora, CO 80014-2904
39143803       EDI: DIRECTV.COM Oct 18 2018 07:08:00      Direct TV,   P.O. Box 5007,
                Carol Stream, IL 60197-5007
39143805      +EDI: IIC9.COM Oct 18 2018 07:08:00      I C System INC,   PO Box 64378,
                Saint Paul, MN 55164-0378
39143808      +EDI: MID8.COM Oct 18 2018 07:08:00      MIdland Funding,   2365 Northside Dr. #300,
                San Diego, CA 92108-2709
39143807      +EDI: TSYS2.COM Oct 18 2018 07:08:00      Macy/DSNB,   P.O. Box 8218,   Mason, OH 45040-8218
39143812      +E-mail/Text: bnc@nordstrom.com Oct 18 2018 03:29:02      Nordstrom TD Bank USA,   PO BOX 13589,
                Scottsdale, AZ 85267-3589
39143813       EDI: PRA.COM Oct 18 2018 07:08:00      Portfolio Recovery Associates,   P.O. Box 12914,
                Norfolk, VA 23541
39143815       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 18 2018 03:37:37      Regional Acceptance Corp.,
                P.O. Box 580075,   Charlotte, NC 28258-0075
39143817      +EDI: RMSC.COM Oct 18 2018 07:08:00      Sync/TJX,   PO Box 965015,   Orlando, FL 32896-5015
39143818      +EDI: RMSC.COM Oct 18 2018 07:08:00      Syncb/Care Credit,   PO Box 965036,
                Orlando, FL 32896-5036
39143819       EDI: RMSC.COM Oct 18 2018 07:08:00      Syncb/JC Penneys,   PO Box 965036,
                Orlando, FL 32896-5036
39143820      +EDI: RMSC.COM Oct 18 2018 07:08:00      Syncb/Old Navy,   P.O. Box 965036,
                Orlando, FL 32896-5036
39143821      +EDI: RMSC.COM Oct 18 2018 07:08:00      Synchrony Bank,   200 Crossing Blvd,
                Bridgewater, NJ 08807-2861
```

```
District/off: 0973-2           User: wkaaumoan          Page 2 of 2                    Date Rcvd: Oct 17, 2018
                               Form ID: 309A            Total Noticed: 45


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
39143822        +EDI: USBANKARS.COM Oct 18 2018 07:08:00      US Bank,   P.O. Box 790167,
                  Saint Louis, MO 63179-0167
39143823        +EDI: VERIZONCOMB.COM Oct 18 2018 07:08:00      Verizon Wireless/Southeast,   P.O. Box 26055,
                  Minneapolis, MN 55426-0055
39143824        +EDI: WFFC.COM Oct 18 2018 07:08:00     Wells Fargo Card Service,   PO BOX 14517,
                  Des Moines, IA 50306-3517
                                                                                    TOTAL: 34


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
39143809*       +Midland Funding,   2365 Northside Dr #300,   San Diego, CA 92108-2709
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          Edward M Wolkowitz (TR)   emwtrustee@lnbyb.com,  ewolkowitz@iq7technology.com
          Nicholas M Wajda   on behalf of Debtor Alim Gricelda Vasquez info@wajdalawgroup.com,
           r47098@notify.bestcase.com
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                                         TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alim Gricelda Vasquez** | Social Security number or ITIN   **xxx–xx–9531** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | Date case filed for chapter  **7    10/16/18** |
| Case number:   **2:18–bk–22160–BB** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alim Gricelda Vasquez | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 4640 Arden Way Apt 32 El Monte, CA 91731 | | |
| 4. | **Debtor's attorney** Name and address | Nicholas M Wajda Wajda Law Group APC 11400 W Olympic Blvd Ste 200 Los Angeles, CA 90064 | | Contact phone 310–997–0471 Email _____ |
| 5. | **Bankruptcy trustee** Name and address | Edward M Wolkowitz (TR) Levene Neale Bender Yoo & Brill LLP 800 South Figueroa Street, Suite 1260 Los Angeles, CA 90017 | | Contact phone (310) 229–3367 Email _____ |

/
**For more information, see pages 2 and 3 >**

Debtor **Alim Gricelda Vasquez**                                                       Case number **2:18–bk–22160–BB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours Open:  9:00 AM – 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 10/17/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 20, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**915 Wilshire Blvd., 10th Floor, Meeting Room 2, Los Angeles, CA 90017** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/22/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

Debtor  **Alim Gricelda Vasquez**                                              Case number **2:18–bk–22160–BB**

| | |
|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see pages 1 and 2 >**